**Dated: December 19, 2018**

**The following is ORDERED:**





Janice D. Loyd
U.S. Bankruptcy Judge

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

In Re:

Cynthia G Beckwith

Case No. 18-14407-JDL
Chapter 13

Debtor.

**ORDER DENYING CONFIRMATION AND DISMISSING CASE**

This matter came on for consideration of confirmation of a plan by this Court. Upon representation of the Chapter 13 Trustee, it was determined confirmation should be denied and the case should be dismissed.

IT IS THEREFORE ORDERED that confirmation is denied and the case is dismissed pursuant to 11 U.S.C. Section 1307(c).

**All findings of the fact are based upon representation of the Trustee.**

###

APPROVED FOR ENTRY:

s/John Hardeman
_____

John Hardeman
Chapter 13 Trustee
321 Dean A. McGee Avenue
PO Box 1948
Oklahoma City, OK 73101
13trustee@chp13okc.com
Tel: (405) 236-4843
Fax: (405) 236-1004

sm